CORNELIUS CALLAHAN, Appellant, *v.* EMILY GODWIN, as Administratrix of the Estate of THOMAS W. WEATHERED, Deceased, Respondent.

*Callahan* v. *Godwin,* 110 App. Div. 889, affirmed.
(Submitted October 26, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1905, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover a sum alleged to be due for work performed and materials furnished.

*Benjamin F. Carpenter* for appellant.

*Hector M. Hitchings* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

ST. REGIS PAPER COMPANY, Appellant, *v.* THE SANTA CLARA LUMBER COMPANY, Respondent, Impleaded with Another.

(Submitted October 22, 1906; decided November 13, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 186 N. Y. 89.)